Leah S. Freed, SBN 021332
Ryan T. Mangum, SBN 34344
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone: 602-778-3700
Fax: 602-778-3750
leah.freed@ogletree.com
ryan.mangum@ogletree.com

Attorneys for Defendant NXP USA, Inc., a Texas corporation; and Entities I-IX

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Hesche an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>NXP USA, Inc., a Texas corporation; and Entities I-IX,<br><br>          Defendant. | No.  2:19-cv-05268-DWL<br><br>**ANSWER TO COMPLAINT** |

Defendant NXP USA, Inc. ("NXP"), through its undersigned counsel, and for its answer to Plaintiff's Complaint, hereby admits, denies, and alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.     Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 1 and therefore denies the same.

2.     Defendant admits that NXP is a foreign corporation with facilities in Arizona.  Defendant denies the remaining allegations in paragraph 2.

3.     Defendant denies the allegations in paragraph 3.

4.     Defendant admits the allegations in paragraph 4.

5.     Defendant admits the allegations in paragraph 5.

**GENERAL ALLEGATIONS**

6.     Defendant admits the allegations in paragraph 6.

7. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 7 and therefore denies the same.

8. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 8 and therefore denies the same.

9. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 9 and therefore denies the same.

10. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 10 and therefore denies the same.

11. Defendant denies the allegations in paragraph 11.

12. Defendant denies the allegations in paragraph 12

13. The allegations contained in paragraph 13 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 13 is construed to include allegations that require a response, such allegations are denied.

14. The allegations contained in paragraph 14 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 14 is construed to include allegations that require a response, such allegations are denied.

15. Defendant denies the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16.

17. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 17 and therefore denies the same.

18. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 18 and therefore denies the same.

19. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 19 and therefore denies the same.

20. Defendant denies the allegations in paragraph 20.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

23. Upon information and belief, Defendant denies the allegations in paragraph

23.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

26. Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27.

28. Defendant denies the allegations in paragraph 28.

29. Defendant denies the allegations in paragraph 29.

## COUNT ONE

### VIOLATIONS OF USERRA 20 C.F.R. 1002 *et. seq*.

29. Defendant incorporates its answers to paragraphs 1-29 (sic) as though set forth fully herein.

30. The allegations contained in paragraph 30 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 30 is construed to include allegations that require a response, such allegations are denied.

31. The allegations contained in paragraph 31 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 31 is construed to include allegations that require a response, such allegations are denied

32. The allegations contained in paragraph 32 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 32 is construed to include allegations that require a response, such allegations are denied

33. The allegations contained in paragraph 33 contain legal conclusions to which a responsive pleading is not required.  To the extent paragraph 33 is construed to include allegations that require a response, such allegations are denied.

34. Defendant denies the allegations in paragraph 34.

35. Upon information and belief, Defendant denies the allegations in paragraph 35.

36. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations in paragraph 36 and therefore denies the same.

37. Defendant denies the allegations in paragraph 37.

38. Defendant denies the allegations in paragraph 38.

39. Defendant denies the allegations in paragraph 39.

40. Defendant denies the allegations in paragraph 40.

41. Defendant denies the allegations in paragraph 41.

## COUNT TWO

## RETALIATION – USERRA 20 C.F.R. 20 1002 *et. seq.*

42. Defendant incorporates its answers to paragraphs 1-42 as though set forth fully herein.

43. Defendant denies the allegations in paragraph 43.

44. Defendant denies the allegations in paragraph 44.

45. Defendant denies the allegations in paragraph 45.

## GENERAL DENIAL

NXP denies all allegations and inferences of the Complaint that are not expressly admitted in this Answer, denies acting unlawfully with respect to Plaintiff, and denies causing recoverable damage to Plaintiff, as alleged in the Complaint or at all.

## AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff's claims are barred, in whole or in part, by his failure to state a claim upon which relief may be granted.

2. Plaintiff is not entitled to recover liquidated damages on his claims because any actions taken by NXP were at all times taken in good faith and do not constitute reckless or willful violations of the law.

3. Plaintiff's claims for punitive damages are barred, in whole or in part, by the Arizona and United States Constitutions.

4. Plaintiff's claims are barred, in whole or in part, by the doctrines of equitable estoppel and/or unclean hands.

5. Plaintiff s claims are barred, in whole or in part, by Plaintiff's failure to

mitigate his damages.

6. NXP reserves the right to amend its affirmative defenses pursuant to Rule 8, Fed. R. Civ. P.

WHEREFORE, having filed its Answer and Affirmative Defenses to Plaintiff's Complaint, NXP requests:

A. That Plaintiff's Complaint be dismissed in its entirety and with prejudice;

B. That Plaintiff take nothing by this action and that judgment be entered against Plaintiff and in favor of NXP;

C. That NXP be awarded all costs and attorneys' fees incurred in defending this action; and

D. That NXP be granted such other and further relief as the Court may deem just and proper.

DATED this 24th day of October 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ Leah S. Freed
Leah S. Freed
Ryan T. Mangum
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016

Attorneys for Defendant NXP USA, Inc., a Texas corporation; and Entities I-IX

40370849.1

5